ARW:rlr
AO 442 (Rev. 11/11) Arrest Warrant

2020R00041

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

BENJAMIN RYAN TEETER (2)

Case No. 20-mj-668 TNL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BENJAMIN RYAN TEETER,

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

From on or about June 1, 2020, through on or about September 3, 2020, in Hennepin County, in the State and District of Minnesota, defendants conspired and attempted to provide material support to a designated foreign terrorist organization in violation of Title 18, United States Code, Section(s) 2339B and 2

Date: September 3, 2020

*Issuing officer's signature* (Tony N. Leung)

City and State: Minneapolis, MN

The Honorable Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |