

800 PENCE BUILDING  
800 HENNEPIN AVENUE  
MINNEAPOLIS, MINNESOTA  55403  
(612) 605-0630  
WWW.MADELLAW.COM

CHRISTOPHER W. MADEL  
DIRECT DIAL  
(612) 605-6601  
CMADEL@MADELLAW.COM

September 8, 2020

The Hon. Elizabeth C. Wright  
United States District Court  
316 N. Robert Street  
St. Paul, MN 55101  
Magistrate_Wright_Chambers@mnd.uscourts.gov

    Re:    *United States v. Teeter*, Case No. 20-00668M-002  
            Request for Continuance of Detention Hearing

Dear Judge Wright:

I have been appointed, and I expect, to represent Benjamin Teeter in the *United States v. Teeter* matter, Case No. 20-00668M-002.

I set up a time to speak to Mr. Teeter via Zoom at 1:15PM this afternoon. After waiting on Zoom for 15 minutes with no appearance from Mr. Teeter, I called Sherburne County Jail and learned (as indicated below later via email) that Sherburne went on lockdown today, and therefore, Mr. Teeter would not be available to speak to me. Because I have not yet spoken to Mr. Teeter, and because the detention hearing is currently scheduled for tomorrow, I respectfully request a short extension of Mr. Teeter's detention hearing until Tuesday, September 15, 2020. I believe this requested extension comports with 18 U.S.C. § 3142(f)(2).

Mr. Winter, counsel for the government, has communicated that the government has no objection to this request.

    Very truly yours,

    */s/ Christopher W. Madel*

    Christopher W. Madel