

Telp : (612) 238-1939
Fax : (612) 436-3052
333 S. 7th St., Suite 2350
Minneapolis, MN 55402
www.birrell.law

September 11, 2020

**VIA E-FILING ONLY**

The Honorable Elizabeth Cowan Wright
Magistrate Judge, District of Minnesota
United States District Court
316 North Robert Street
St. Paul, MN 55101

      RE:   *United States of America v. Benjamin Ryan Teeter*
            Cr. No.: 20-193(2) (MJD/ECW)

Dear Judge Wright:

I represent Mr. Teeter.

After a Zoom consultation this morning, Mr. Teeter has agreed to waive his right to a detention hearing. He consents, as well, to an Order of detention. The defense thus requests the hearing, scheduled for September 15, 2020 at 2:00 p.m. be stricken from this Court's calendar.

Thank you for your attention to this matter.

                          Respectfully,

                          s/ *Andrew Birrell*

                          Andrew Birrell

ASB/erd
cc:    Andrew Winter, Assistant U.S. Attorney (via e-service only)
        Benjamin Teeter