## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

            Plaintiff,

            Case No. 20-cr-193 MJD/ECW

v.                          **ORDER**

Michael Robert Solomon (1)
Benjamin Ryan Teeter (2),

            Defendants.

---

This case is before the Court on the Defendant's Motion to Extend Motion Filing Date (Dkt. 33) and Defendant's Motion to Exclude Time Under the Speedy Trial Act (Dkt. 34) filed by Benjamin Teeter. The Court, having considered the factors set forth in 18 U.S.C. § 3161(h)(7)(A), finds that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and Defendant in a speedy trial.  This finding is based on the facts set forth in Defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act (Dkt. 35), specifically due to the counsel requiring more time to review the voluminous discovery.  The Government and Defendant Solomon do not oppose the requested extension and agree that new schedule can be as to both defendants.

Accordingly, **IT IS ORDERED THAT**:

1.  The Motion to Extend Motion Filing Date (Dkt. 33) and the Motion to Exclude Time under the Speedy Trial Act (Dkt. 34) are **GRANTED.**

2.  All motions must be filed and served by **November 13, 2020.**

3. On or before **November 20, 2020**, counsel for Defendant must file a letter on ECF indicating whether Defendant consents to hold the motions hearing in this matter via videoconference.

4. All responses to motions must be filed by **November 30, 2020.**

5. Any Notice of Intent to Call Witnesses must be filed by **November 30, 2020.**

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **December 2, 2020.**

7. If motions are filed and Defendant consents to proceeding by video conference, the motions shall be heard before Magistrate Judge Elizabeth Cowan Wright on **December 4, 2020**, at **9:30 a.m.**, by videoconference. D. Minn. LR 12.1(d).  If a hearing is necessary and Defendant does not consent to proceeding by videoconference, the motions hearing will be held in person at a later date and time.

8. The delay from the date of the filing of the motions for a continuance of October 5, 2020, until the new motion filing date of November 13, 2020 is excluded from the calculation of time required by the Speedy Trial Act pursuant to 18 U.S.C. §  3161(h)(7)(A), in that the ends of justice served by such action outweigh the best interest of the public and Defendant in a speedy trial.

9. **TRIAL:**

2

a. **IF NO PRETRIAL MOTIONS ARE FILED BY**

**DEFENDANT: the following trial and trial-related dates are:**

10.      All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted District Judge Davis on or before **November 30, 2020.**

11.      This case shall commence trial on **December 14, 2020** at **9:00 a.m.** before District Judge Davis in Courtroom 13W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

12. b.      **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Davis to confirm the new trial date.**

Date:   October 7, 2020

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge