**RYAN | GARRY** LLC
ATTORNEYS & COUNSELORS AT LAW

| Elizabeth Duel | Ryan Garry | Shelly Larson |
|---|---|---|
| *Attorney at Law* | *Criminal Law Specialist* | *Legal Assistant* |
| | *Certified by the Minnesota State Bar Association* | |

December 9, 2020

**VIA E-FILING ONLY**

The Honorable Elizabeth Cowan Wright
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      RE:    *State of Minnesota v. Benjamin Ryan Teeter*
               Court File No.: 20-cr-193 (2) (MJD/ECW)

Dear Your Honor:

The United States Attorney's Office and Mr. Teeter have reached a resolution in this case. Thus, Mr. Teeter will not be filing any pretrial motions and there is no need for a motions hearing.

               Respectfully,

               **RYAN GARRY, ATTORNEY, LLC**

               s/ *Ryan Garry*

               Ryan Garry

RPG/erd
cc: Andrew R. Winter, Assistant U.S. Attorney (via e-service only)

333 South 7th Street, Suite 2350 • Minneapolis, MN 55402
**Office:** 612-436-3051 • **Fax:** 612-436-3052 • **Web:** ryangarry.com
ryan@ryangarry.com • elizabeth@ryangarry.com • shelly@ryangarry.com