UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-CR-193(2) (MJD/ECW)

_____

UNITED STATES OF AMERICA,

        Plaintiff,                        **DEFENDANT TEETER'S**
vs.                                             **MOTION FOR A**
                                                    **DOWNWARD VARIANCE**
BENJAMIN RYAN TEETER (2),

        Defendant.

_____

The Defendant, Benjamin Ryan Teeter, through his undersigned counsel, respectfully moves this Court for a downward variance.

This motion is made on all the files and records in the case, the Defendant's Position Regarding Sentencing, the United States Sentencing Guidelines, and upon such other and further points and authorities as may be presented to the Court.

                                                    Respectfully submitted,

Dated: September 20, 2021        /s/ Ian S. Birrell

                                            **Birrell Law Firm PLLC**
                                            Andrew S. Birrell (Attorney No. 133760)
                                            Ian S. Birrell (Attorney No. 0396379)
                                            333 South 7th Street, Suite 2350
                                            Minneapolis, MN 55402
                                            Phone: (612) 238-1939
                                            andy@birrell.law | ian@birrell.law

**Ryan Garry, Attorney, LLC**
Ryan P. Garry (Attorney No. 0336129)
Elizabeth R. Duel (Attorney No. 0393619)
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com | elizabeth@ryangarry.com

*Attorneys for Defendant*