Prob 12 (Rev. 11/1/2004)

# United States District Court

для the

## DISTRICT OF MINNESOTA

United States v. Benjamin Ryan Teeter

Docket No. 0864 0:20CR00193-002(MJD)

### Petition on Supervised Release

COMES NOW **Brian James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Benjamin Ryan Teeter** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on June 1, 2022, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Submit to searches
- Mental Health Counseling/Treatment/Medication
- Residential reentry center
- Residential reentry center (with GPS)
- Financial disclosure
- Internet restrictions
- Social media restrictions
- Passport restrictions

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A warrant was issued on May 23, 2023, and the defendant was subsequently arrested. This matter has been investigated and no violation is sought at the current time.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following: Dismiss the current violation and release the defendant immediately under all previous terms and conditions, to include home detention with location monitoring (GPS) as authorized in previously ordered conditions.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __31st__ day of __May 2023__, and ordered filed and made a part of the records in the above case. | s/ Brian James<br>Brian James<br>Senior U.S. Probation Officer<br>612-664-5364 |

Petition on Supervised Release  RE: **Benjamin Ryan Teeter**
Page 2  Docket No. 0864 0:20CR00193-002(MJD)

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

Executed on   May 31, 2023
Place   Minneapolis, Minnesota

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer