Prob 22 (Rev. 01/2024)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864 0:20CR00193-002(MJD) |

| DOCKET NO. (Receiving Court) |
|---|
|  |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Benjamin Ryan Teeter<br>PENDER COUNTY | MINNESOTA |  |
|  | NAME OF SENTENCING JUDGE<br>Honorable Michael J. Davis | |
|  | DATES OF TSR SUPERVISION | FROM<br>3/24/2023 | TO<br>3/23/2028 |

**OFFENSE**
Conspiracy To Provide Material Support to a Designated Foreign Terrorist Organization

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment opportunities, violation of supervision)
Client has resided in Eastern District of North Carolina for extended period of time. Client has family ties and financial support, and currently is employed.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the Eastern District Of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

October 8, 2024    s/Michael J. Davis
Date    United States District Judge
    Michael J. Davis

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

10/17/2024    Richard E Myers II
Effective Date    United States District Judge